IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MONELETO D. GREEN, | ) |
| Petitioner, | ) NO. 1:04-0035 |
| | ) JUDGE HAYNES |
| v. | ) |
| JENNING JONES, Warden, | ) |
| Respondent. | ) |

### ORDER

In accordance with the Memorandum filed herewith, the Petitioner's motion for summary judgment (Docket Entry No. 47) is **DENIED** and this action is **DISMISSED with prejudice.** The Petitioner has ten (10) days from the entry of this Order to file his statement of a Certificate of Appealibility under 28 U.S.C. §2253(c).

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 12th day of December, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge